STEPHEN L. LABIAK #267138
Attorney at Law
1222 West Shaw Avenue
Fresno, California 93711
Telephone: (559) 274-2868

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

Faith A. Raygoza,

                          Debtor.      /

Case No. 26-10534B-13
Chapter 13
DC No. SLL-1

Date: May 27, 2026
Time: 9:30 a.m.
Place: 2500 Tulare St.
5TH Floor
Courtroom 13,
Department B
Fresno, CA 93721
Judge: Hon. Rene Lastreto II

## NOTICE OF MOTION FOR HEARING ON CONFIRMATION OF FIRST MODIFIED PLAN

TO EACH RESPONDENT CREDITOR, AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that on the above date and at the above time and place, Debtor, FAITH ALYSSA RAYGOZA, will move for an order confirming Debtor's First Modified Chapter 13 Plan.

YOU ARE FURTHER NOTIFIED that under LBR 9014-1, opposition, if any, to the motion is required to be filed    14 calendar days prior to the motion.  LBR 9014-1 requires    that the opposition be in writing.  Without good cause, no party shall be heard in opposition to a motion at oral argument unless they filed a

1

---

timely written opposition to the motion. Opposition should be accompanied by evidence establishing the factual allegations. The opposition shall specify whether the responding party consents to the Court's determination of disputed material factual issues pursuant to F.R.B.P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to F.R. Civ.P 43(e). Opposition must be served on the following:

LAW OFFICES OF
STEPHEN LABIAK
1222 W. SHAW AVENUE
FRESNO, CA 93711

U.S. TRUSTEE
U.S. COURTHOUSE
2500 TULARE ST., RM. 1401
FRESNO, CA 93721

Lillian Tsang
Chapter 13 Trustee
PO Box 3051
Modesto, CA 95353

If opposition is presented, or there is good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

Anyone interested in attending the hearing can determine whether the court has issued a tentative ruling, can view any pre-hearing disposition by checking the

Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing.  Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

Dated: 4/16/26

STEPHEN LABIAK
Attorney for Debtor